**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Harley Greenway,<br>　　　　Petitioner,<br>vs.<br>Dora Schriro, et al.,<br>　　　　Respondents. | No. CV-98-25-TUC-RCC<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER LIFTING STAY** |

The Court stayed this matter in August 2004, pending completion of a successive post-conviction relief ("PCR") proceeding in state court. (Dkt. 117.) On July 28, 2005, the PCR court denied relief on all claims. (Dkt. 124 at 1.) Petitioner has notified the Court that the Arizona Supreme Court has denied Petitioner's Petition for Review. (Dkt. 130 at 1.)

Petitioner's counsel has informed the Court that she intends to file a motion to amend Petitioner's habeas petition to include the claims raised in the successive PCR petition. Due to a medical emergency, counsel has requested sixty days in which to file the motion and accompanying amendment. The Court will allow the requested sixty days and finds that some guidance regarding the impending motion is warranted.

The Court's initial review of the PCR court's ruling on the successive petition indicates that amendment as to most or all of the claims may be futile because the claims are likely procedurally barred because they were found precluded in state court or are meritless on their face. The Local Rules provide that a party moving to amend must file a copy of the proposed amendment indicating all changes as well as a clean copy of the proposed amended

pleading. LRCiv 15.1. In light of the Court's preliminary assessment that the proposed claims are of uncertain viability, the time and expense of drafting the full proposed amended pleading is not warranted. Therefore, the motion need not comply with the requirements of Local Rule 15.1; rather, Petitioner shall include the proposed claims within the body of the motion to amend. Additionally, the motion should address the issues raised by the Court, procedural default (including any potential cause and prejudice, and fundamental miscarriage of justice arguments) and the merit of his proposed claims.

Accordingly,

**IT IS ORDERED** that the Stay is **LIFTED**, and Petitioner shall discontinue filing status reports.

**IT IS FURTHER ORDERED** that if Petitioner files a motion to amend, it shall comply with the Court's direction in this Order and be filed on or before **August 7, 2006**.

DATED this 19th day of June, 2006.

Raner C. Collins
United States District Judge