**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Harley Greenway, | No. CV-98-25-TUC-RCC |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| Dora B. Schriro, et al., | **ORDER** |
| Respondents. | |

This matter having been remanded by the Ninth Circuit Court of Appeals for consideration on the merits of Petitioner's claims alleging ineffective assistance of counsel during trial and on direct appeal, *see Greenway v. Schriro*, 653 F.3d 790, 797-800 (9th Cir. 2011), the Court enters the following briefing schedule:

1. No later than **Friday, March 9, 2012**, Petitioner shall file a brief addressing the merits of his trial and appeal ineffectiveness claims. The merits brief shall include a discussion of the applicable standards of review and shall also include any requests for evidentiary development, including identification of the evidence or facts sought to be developed and the applicable standards governing evidentiary development.

2. No later than **Friday, May 4, 2012**, Respondents shall file a response to Petitioner's merits brief.

3. No later than **Friday, May 25, 2012**, Petitioner shall file a reply.

4. The Court's courtesy copy of the above-filed briefs shall be spiral bound on

the left and shall include a table of contents, an exhibits list (if any), and tabs between exhibits (if any).

**IT IS SO ORDERED**.

DATED this 4th day of January, 2012.

_____
Raner C. Collins
United States District Judge