WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Harley Greenway,<br><br>   Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>   Respondents. | No. CV-98-25-TUC-RCC<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

There being no opposition and good cause appearing,

**IT IS ORDERED** that Petitioner's Motion for Leave to File Non-Electronic Exhibit (Doc. 170) is **GRANTED**. Petitioner shall file said exhibit directly with the Clerk of Court and provide a copy to the Court's Capital Case Staff Attorney.

**IT IS FURTHER ORDERED** that the Clerk of Court shall substitute Charles L. Ryan, Director of the Arizona Department of Corrections, as Respondent in place of his predecessor, Dora B. Schriro, pursuant to Fed. R. Civ. P. 25(d)(1).

DATED this 22nd day of August, 2012.

_____
Raner C. Collins
United States District Judge