**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard Harley Greenway, | ) | No. CV-98-25-TUC-RCC |
| Petitioner, | ) | <u>DEATH PENALTY CASE</u> |
| v. | ) | |
| | ) | **ORDER** |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |

    **IT IS ORDERED** that Petitioner's Unopposed Motion for Extension of Time to File Reply to Response to Petitioner's Merits Brief (Doc. 178) is **GRANTED**. The reply shall be filed no later than **January 28, 2013**.

    DATED this 13th day of December, 2012.

Raner C. Collins
United States District Judge