**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Harley Greenway,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-25-TUC-RCC<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

**IT IS ORDERED** that Petitioner's Unopposed Motion for Extension of Time to File Reply to Response to Petitioner's Merits Brief (Doc. 178) is **GRANTED**. The reply shall be filed no later than **January 28, 2013**.

DATED this 13th day of December, 2012.

Raner C. Collins
United States District Judge